No. _____

# CR-09 00199 RMW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*SEALED BY ORDER OF THE COURT*

FILED
2009 FEB 25 P 1:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

---

### THE UNITED STATES OF AMERICA
### vs.
### ANTHONY NIETO CASTRO

---

## INDICTMENT

**COUNT ONE**: 18 U.S.C. Section 922(G)(1) - Felon in Possession of Firearm

---

*A true bill.*

_____
Foreperson

---

*Filed in open court this* __25__ *day of* __February__

*A.D.* 2009

_____
UNITED STATES MAGISTRATE JUDGE

*Bail.* $ __NO BAIL WARRANT__
RS

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2009 FEB 25 P 1: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09 00199 RMW RS |
| Plaintiff, | VIOLATION: 18 U.S.C. §922(g)(1) – Felon in Possession of Firearm |
| v. | |
| ANTHONY NIETO CASTRO, | |
| Defendant | |
| | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon In Possession of Firearm)

1. On or about March 23, 2007, in the Northern District of California the defendant,

ANTHONY NIETO CASTRO,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit, a Smith and Wesson 38. caliber revolver

//

INDICTMENT

1 | bearing serial number 167770, in and affecting commerce, in violation of Title 18 U.S.C. Section
2 | 922(g)(1).
3 | DATED: 2/25/09

A TRUE BILL

*Ramona Wells*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY for
Deputy Chief, San Jose Branch

(Approved as to form: _____ )
                     AUSA O'Connell

INDICTMENT                    -2-

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2009 FEB 25 P 1:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. §922(g)(1)- Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*SEALED BY ORDER OF THE COURT*

**PENALTY:**
10 years imprisonment,
$250,000 fine
3 years supervised release
100.00 special assessment

**DEFENDANT - U.S.**
▶ ANTHONY NIETO CASTRO

**DISTRICT COURT NUMBER**
CR-09 00199 RMW

RS

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A MARI CASCIANO-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____
MAGISTRATE CASE NO. _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: _____