```
JACK GORDON; SBN 169380
95 S. Market St., Ste 300
San Jose, CA 95113
Tel. (408)286-1351
Fax. (408) 977-7783

Attorney for Defendant,
Anthony Nieto Castro
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00199-RMW |
| Plaintiff, | |
| vs. | STIPULATION AND XXXXXXXXXX ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE (Travel Restrictions) |
| ANTHONY NIETO CASTRO | |
| Defendant. | |

THE ABOVE LISTED PARTIES STIPULATE AS FOLLOWS:

1. Mr. Nieto Castro is currently on pre-trial release on the above listed case with his travel restricted to the Northern District of California.

2. Mr. Nieto Castro would like to attend the wedding of his step brother to be held in Fresno, California on May 2, 2009. He would attend the wedding and return the same day.

3. A.U.S.A. Tom O'Connell does not object to this travel modification and gave his consent to have his name and e-signature on this stipulation.

1

4. Attorney Gordon spoke with United States Pre-Trial Release Officer Granados and he does not object to this modification.

Therefore the parties respectfully requests that the Court modify defendant's pre-trial release conditions to allow him to travel to and throughout the Eastern District of California on May 2, 2009.

IT IS SO STIPULATED:

Dated: 3/28/09

/s/
_____
Tom O'Connell
A.U.S.A.

Dated: 3/28/09

/s/
_____
Jack Gordon
Attorney for Defendant

[ XXXXXXXXX ] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Anthony Nieto Castro may, for the purpose of attending his step-brother's wedding, travel throughout the Eastern District of California on May 2, 2009.

Dated: April 28, 2009

_____
Honorable Patricia Trumbull
United States Magistrate Judge

2